Otis SIDNEY, Appellant,

v.

STATE of Missouri, Respondent.

No. 54118.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 20, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 3, 1988.

Application to Transfer Denied
Sept. 13, 1988.

Elizabeth R. Brown, St. Louis, for appellant.

William L. Webster, Atty. Gen., L. Timothy Wilson, John Munson Morris, III, Asst. Attys. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Movant appeals after the denial of his Rule 27.26 motion without an evidentiary hearing. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976).

An extended opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).